## MILTON WITTY v. THE TOWN OF EDMONTON.

Pleadings—Defective Petition—Suit to Enforce Payment for License as
    Coffee House Keeper—Liquors.

    In a suit to enforce payment for a license to sell liquor, the allega-
    tions in the petition must show that the town trustees had the lawful
    authority to require of defendant the sum alleged owing for the license,
    and the defendant had promised to pay therefor.

APPEAL FROM METCALFE CIRCUIT COURT.

December 14, 1868..

OPINION OF THE COURT BY JUDGE PETERS:

The petition in this case is fatally defective.

Without stating when the license to keep a coffee-house was
granted, but leaving all the dates in blank, it is alleged that the
predecessors of the then trustees did grant him a license to keep a
coffee-house in said town for the term of one year at the rate of
one hundred dollars per year; the meaning of which is uncertain,
and ambiguous, and is rendered still more obscure and uncertain
by the following sentences, viz: They state that said Witty under
the understanding with said trustees of said town, did sell liquor
as a coffee-house keeper in said town, and it was due and owing
said trustees for the use of the town of Edmonton the sum of $75,
$25 having been paid by him to said trustees.

There is no allegations that the trustees had the lawful authority
to require of appellant the sum of one hundred dollars for a
license to keep a coffee-house, nor that if they had the power they
exercised it, nor that he ·promised or agreed to pay it.    Such
pleadings did not entitle the appellees to a judgment.    Wherefore,
the judgment is reversed, and the cause remanded, with directions
for further proceedings not inconsistent with this opinion, and if
appellees do not amend their petition on the return of the cause
the same should be dismissed.

*James, for appellant.*